UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SAMUEL DAVIS, JR,

Petitioner,

v.

SHERIFF,

Respondent.

CAUSE NO. 3:26cv586 DRL-SJF

OPINION AND ORDER

Samuel Davis, Jr, a prisoner without a lawyer, filed an amended habeas corpus petition purporting to challenge his conviction for criminal trespass under Case No. 43D02-2603-FB-127. ECF 4. According to the petition, on April 30, 2026, the Kosciusko Superior Court sentenced him to 120 days of incarceration. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

Review of the electronic docket for the state courts reveals no state criminal case associated with Case No. 43D02-2603-FB-127. The electronic docket lists a number of recent state criminal cases in which Mr. Davis was a defendant, but the court is unable to discern which specific criminal cases Mr. Davis intends to challenge in this proceeding. For example, while Case No. 43D02-2603-F6-127 has a substantially similar case number, the electronic docket reflects that this case remains in pretrial proceedings and involves charges of battery against a public safety official and resisting law enforcement.

Consequently, Mr. Davis may not proceed on this petition, but the court will grant him another opportunity to file an amended petition that properly identifies the conviction he seeks to challenge. If Mr. Davis chooses to file an amended petition, he should use the court's preferred form (available on the court's website) and must put the case number assigned to this case on it, which is on the first page of this order. The amended petition must also be complete in and of itself without seeking to incorporate prior petitions.

The court will also grant Mr. Davis leave to proceed *in forma pauperis* in this case. Though he has not filed a proper motion, his filings adequately demonstrate his inability to pay the filing fee.

For these reasons, the court:

(1) GRANTS Samuel Davis, Jr., until September 30, 2026, to file an amended habeas petition consistent with this Order;

(2) CAUTIONS Samuel Davis, Jr., that, if he does not respond by this deadline, the court will dismiss this case without further notice; and

(3) GRANTS Samuel Davis, Jr., leave to proceed *in forma pauperis*.

SO ORDERED.

August 31, 2026

*s/ Damon R. Leichty*
Judge, United States District Court